UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO ALEXANDRO CODALLO-CAMBERO,<br>Petitioner,<br>v.<br>PATRICK DIVVER, Field Office Director of Enforcement and Removal Operations, San Diego Field Office; Immigration and Customs Enforcement, et al.,<br>Respondents. | Case No.: 3:26-cv-03566-JES-JAC<br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL**<br>**[ECF No. 7]** |

On August 12, 2026, Petitioner Angelo Alexandro Codallo-Cambero ("Petitioner") filed a notice of voluntary dismissal. ECF No. 7. Good cause appearing, the Court **GRANTS** Petitioner's motion for voluntary dismissal and the petition is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: August 18, 2026

Honorable James E. Simmons Jr.
United States District Judge