UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANGELO ALEXANDRO CODALLO-CAMBERO,

Petitioner,

v.

PATRICK DIVVER, Field Office Director of Enforcement and Removal Operations, San Diego Field Office; Immigration and Customs Enforcement,

Respondents.

Case No.: 3:26-cv-3566-JES-JAC

**ORDER:**

**(1) GRANTING PETITIONER'S REQUEST FOR VOLUNTARY DISMISSAL; and**

**(2) DISMISSING THE PETITION WITHOUT PREJUDICE**

**[ECF Nos. 1, 7]**

Before the Court is Petitioner Angelo Alexandro Codallo-Cambero's ("Petitioner") Notice of Voluntary Dismissal *without prejudice*, pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(2). ECF No. 7. The Court finds this request proper and, therefore, **ORDERS** the following: (1) The Court **GRANTS** Petitioner's request, ECF No. 7, is **GRANTED**; (2) Accordingly, this Action is **DISMISSED Without Prejudice**; (3) The Court **ORDERS** that each party will bear its own attorneys' fees, costs, and expenses; and (4) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: August 18, 2026

Honorable James E. Simmons Jr.
United States District Judge